

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,327-01

### EX PARTE JOSEPH FRANCOIS JEAN

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### IN CAUSE NO. 1302120 IN THE 230TH DISTRICT COURT
### HARRIS COUNTY

*Per curiam*. NEWELL, J., not participating.

### O R D E R

In June 2011, a jury found applicant guilty of the offense of capital murder. The jury

answered the statutory punishment questions in such a way that the trial court set applicant's

punishment at death. On March 28, 2013, the State filed in this Court its brief on applicant's

direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b)[1], applicant's initial application for

---

[1] Unless otherwise indicated all references to Articles refer to the Code of
Criminal Procedure.

a writ of habeas corpus was due to be filed in the trial court on or before August 10, 2013, assuming a motion for extension was timely filed and granted. It has been more than two years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 120 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be obtained from this Court.

IT IS SO ORDERED THIS THE 16TH DAY OF DECEMBER, 2015.

Do Not Publish